UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In Re: Anita Puryear Dabney                                   Case No. 13-33496
                                                              Chapter 13
  Debtor(s)

## ORDER CONFIRMING PLAN

The Chapter 13 Plan filed by the debtor (s) on **January 19, 2016**, replacing all previously filed plans, if any, having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. sec. 1325(a);

**It is ORDERED that**:

(1)  the Plan as filed or modified is CONFIRMED.
(2)  Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real estate without first obtaining an order of approval from this Court.
(3)  All funds received by the Chapter 13 Trustee on or before the date of an order of dismissal shall be disbursed to creditors, unless such disbursement would be *de minimis*, in which case the funds may be disbursed to the Debtor(s) or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee. All funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal shall be refunded to the Debtor(s) at their address of record.
(4)  Notwithstanding any language contained in the plan, the deadline to file objections to claims is governed by Eastern District of Virginia Standing Order No. 15-4.

Dated: Mar 3 2016                                    /s/ Keith L. Phillips
                                                     United States Bankruptcy Judge
RICHMOND, VIRGINIA

I ASK FOR THIS:
                                                     NOTICE OF JUDGMENT OR ORDER
                                                     Entered On Docket Mar 4 2016

/s/Suzanne E. Wade
Suzanne E. Wade
Standing Chapter 13 Trustee
P. O. Box 1780
Richmond, Virginia 23218-1780
(804) 775-0979
VSB #31868

**PARTIES TO RECEIVE COPIES:**
Anita Puryear Dabney
713 COLLINDALE DRIVE
HOPEWELL, VA 23860